**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-24599 |
| JOHN H. MURRIO and<br>MARLENE A. MURRIO | Chapter 13 |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A., withdraws its Proof of Claim, Claim No. 10 in the amount of $11,115.57 filed on January 9, 2020.

Dated: January 15, 2020

Respectfully submitted,

/s/ Frank Gomez
Frank Gomez
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Phone: 561-241-6901
Fax: 561-997-6909
fgomez@rasflaw.com
Authorized agent for JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>JOHN H. MURRIO and<br>MARLENE A. MURRIO<br><br>Debtors. | Case No. 19-24599<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

     I certify under penalty of perjury that I caused, the above captioned pleading to be served on the parties at the addresses specified below on January 15, 2020.

The types of service made on the parties was:

**Service by First-Class Mail**
John H. Murrio
1931 Sleepy Hollow Road
South Park, PA 15129

Marlene A. Murrio
1931 Sleepy Hollow Road
South Park, PA 15129

**Service by NEF**
Francis E. Corbett – Counsel for Debtors
fcorbett@fcorbettlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: January 15, 2020

By:

    /s/ Frank Gomez
Frank Gomez
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Phone: 561-241-6901
561-997-6909
fgomez@rasflaw.com
Authorized agent for JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.