FILED
1/16/20 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>JOHN H. MURRIO and<br>MARLENE A. MURRIO<br><br>Debtor. | Case No. 19-24599<br><br>Chapter 13 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A., withdraws its Proof of Claim, Claim No. 10 in the amount of $11,115.57 filed on January 9, 2020.

Dated: <u>January 15, 2020</u>

        Respectfully submitted,

        /s/ Frank Gomez
        Frank Gomez
        Robertson, Anschutz & Schneid, P.L.
        6409 Congress Avenue, Suite 100
        Boca Raton, FL 33487
        Phone: 561-241-6901
        Fax: 561-997-6909
        fgomez@rasflaw.com
        Authorized agent for JPMorgan Chase Bank, N.A.
        s/b/m/t Chase Bank USA, N.A.

SO ORDERED
January 16, 2020

*[signature]*
    drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John H. Murrio  
Marlene A. Murrio  
    Debtors

Case No. 19-24599-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 1     Date Rcvd: Jan 16, 2020  
                               Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
        +Frank Gomez,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,     Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
           Francis E. Corbett    on behalf of Joint Debtor Marlene A. Murrio fcorbett@fcorbettlaw.com, fcorbett7@gmail.com  
           Francis E. Corbett    on behalf of Debtor John H. Murrio fcorbett@fcorbettlaw.com, fcorbett7@gmail.com  
           James Warmbrodt    on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com  
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                TOTAL: 6