*FILING FEE PAID*   (Yes) / No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Murro** _____ JAD/TPA/CMB/(GLT)

Case Number: **19-24599**

Date of Meeting: **1/27/20**         Recording # **02**
Debtor(s) present ✓ or Not Present ___ (__ No Payments Made or __ partial payments)
Attorney for debtor(s) **Corbett** (Present ✓ or Not Present ___)
Date of Plan at § 341: **12/17/19** Applicable commitment period ✓ 3 yrs ___ 5 yrs

2018 tax returns not filed
working w/ accountant

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD                    ___ Order to Show Cause Requested
                                        ___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final  ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting  OR  ✓ Conciliation Conf. OR __ *Contested Hearing
    On **5/21/20** at **1:00** am/pm Location **3250**

_____
Chapter 13 Trustee/Attorney for Trustee

FILED 2020 JAN 31 P 1:28 CLERK U.S. BANKRUPTCY COURT PITTSBURGH