Case 19-24599-GLT    Doc 33    Filed 05/22/20    Entered 05/22/20 15:34:20    Desc Main
Document    Page 1 of 1

FILED
5/22/20 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JOHN H. & MARLENE A. MURRIO
- Case Number: 19-24599-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, MAY 21, 2020 09:00 AM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#17 - Final Confirmation of Plan Dated 12/17/2019 (NFC)
R / M #: 17 / 0

**Appearances:**

Debtor: Corbett
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **8-6-20** at **1:30**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/13/2020    2:36:50PM