UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 19-24599-13

MARLENE A. MURRIO                                                                    Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096


By /s/ Lorenzo Nunez

    Lorenzo Nunez
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-24599-13

MARLENE A. MURRIO  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

| | |
|---|---|
| FRANCIS E CORBETT<br>304 ROSS ST<br>PITTSBURGH, PA  15219 | Ronda Winnecour<br>600 Grant Street<br>Suite 3250 USX Tower<br>Pittsburgh, PA 15219 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx22782 / 1007056