Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John H. Murrio**
46−5367233, 83−3415455
**Marlene A. Murrio**
**aka Marlene Kessler**
   Debtor(s)

Bankruptcy Case No.: 19−24599−GLT
Related to Docket No. 39
Chapter: 13
Docket No.: 40 − 39
Concil. Conf.: August 19, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 26, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 10, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **August 19, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 10, 2021

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24599-GLT |
| John H. Murrio | Chapter 13 |
| Marlene A. Murrio | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 4 |
| Date Rcvd: Jun 10, 2021 | Form ID: 213 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Murrio, Marlene A. Murrio, 1931 Sleepy Hollow Road, South Park, PA 15129-9112 |
| cr | + | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTR, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15163930 | | Big's Sanitation, Inc., 4859 State Route 51 North, Rostraver, Pennsylvania 15012-4407 |
| 15163933 | + | CENLAR, P.O. Box 77404, Ewing, New Jersey 08628-6404 |
| 15163932 | | Capital One Bank - Cabela's, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15183985 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15163935 | + | City and School District of Pittsburgh, Department of Finance, 414 Grant Street, Pittsburgh, Pennsylvania 15219-2409 |
| 15163940 | + | Creditech Collection Solutions, P.O. Box 99, Bangor, Pennsylvania 18013-0099 |
| 15195664 | + | Crescent Mortgage Company, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15163941 | + | Dale K. Cowher & Company LLC, 250 Mt. Lebanon Blvd., Suite 401, Pittsburgh, Pennsylvania 15234-1249 |
| 15163943 | + | Erie Insurance Co., Brennan & Clark, 721 East Madison St., Ste. 200, Villa Park, Illinois 60181-3083 |
| 15163944 | + | Estate of Mary B. Smith, Joanne Valco, Executrix, 750 Beechland Street, Homestead, Pennsylvania 15120-2902 |
| 15163945 | + | Gery Heating & Cooling, Inc., 1408 West Liberty Avenue, Pittsburgh, Pennsylvania 15226-1102 |
| 15163946 | | Global Client Solutions, LLC, 4500 S. 129th Street, Suite 175, Tulsa, Oklahoma 74134 |
| 15163948 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, Illinois 60055-5129 |
| 15183039 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15163949 | + | Honorable James A, Motznik, 736 Brookline Blvd., Pittsburgh, Pennsylvania 15226-2178 |
| 15181662 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15163954 | + | Medi-Help Medical Center, 1691 Washington Road, Pittsburgh, Pennsylvania 15228-1631 |
| 15163960 | + | Robert J. Garvin, Esquire, 1806 Frick Building, 417 Grant Street, Pittsburgh, Pennsylvania 15209-5603 |
| 15163964 | + | Target Card Services, P.O. Box 660170, Dallas, Texas 75266-0170 |
| 15190202 | + | The Estate of Mary B. Smith, c/o Joanne Valco, 750 Beechland St., Pittsburgh, PA 15120-2902 |
| 15190584 | + | Township of South Park & South Park SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 11 2021 01:01:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181144 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2021 01:28:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282565 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2021 01:28:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15163942 | | Email/Text: kburkley@bernsteinlaw.com | Jun 11 2021 01:28:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, Pennsylvania 15230-0010 |
| 15163931 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 01:04:46 | BP/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15163929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| ID | +/- | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 11 2021 01:02:02 | Best Buy Credit Services, P.O. Box 790441, St. Louis, Missouri 63179-0441 |
| 15191387 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 11 2021 01:01:58 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15174219 | + | Email/Text: documentfiling@lciinc.com | Jun 11 2021 01:27:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15169571 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 01:04:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163934 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 11 2021 01:01:57 | Chase (P.O. Box 15123, Wilmington, Dela, P.O. Box 15123, Wilmington, Delaware 19850-5123 |
| 15163936 | | Email/Text: documentfiling@lciinc.com | Jun 11 2021 01:27:00 | Comcast, P.O. Box 3002, Southeastern, Pennsylvania 19398-3002 |
| 15163937 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 01:28:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, Texas 78265-9704 |
| 15163938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 01:28:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265-9617 |
| 15163939 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 11 2021 01:28:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15163952 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 01:02:01 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290-1094 |
| 15163953 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 01:04:59 | Macy's American Express Account, P.O. Box 9001108, Louisville, Arizona 40290-1108 |
| 15187140 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2021 01:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15192258 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 11 2021 01:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15163947 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2021 01:28:00 | GM Financial, P.O. Box 78143, Phoenix, Arizona 85062-8143 |
| 15163950 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2021 01:28:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 15191388 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2021 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15163951 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2021 01:27:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, Wisconsin 53201-2983 |
| 15173269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 01:01:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15173268 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2021 01:01:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15163955 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2021 01:01:55 | Merrick Bank, P.O. Box 660702, Dallas, Texas 75266-0702 |
| 15163956 | + | Email/Text: Bankruptcies@nragroup.com | Jun 11 2021 01:28:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, Pennsylvania 17111-1036 |
| 15163959 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2021 01:28:00 | PNC Bank, P.O. Box 856177, Louisville, Kentucky 40285 |
| 15189974 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2021 01:28:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15185545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 01:01:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 19-24599-GLT   Doc 41   Filed 06/12/21   Entered 06/13/21 00:27:18   Desc Imaged
                              Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 213 | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15163957 | | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 01:04:46 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, Florida 32896-0080 |
| 15163958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2021 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, Pennsylvania 17128-0946 |
| 15190492 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2021 01:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15163961 | | Email/Text: bankruptcy@sccompanies.com | Jun 11 2021 01:28:00 | Seventh Avenue, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 15181718 | + | Email/Text: bankruptcy@sccompanies.com | Jun 11 2021 01:28:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15191257 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 01:04:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15165023 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 01:04:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15163962 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 01:04:46 | Synchrony Bank - Zuliliy Credit Card, 170 Election Road, Suite 125, Draper, Utah 84020-6425 |
| 15163963 | | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 01:04:46 | Synchrony Bank/QCard, P.O. Box 530905, Atlanta, Georgia 30353-0905 |
| 15194277 | + | Email/Text: bncmail@w-legal.com | Jun 11 2021 01:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15192307 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 11 2021 01:28:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15163965 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 11 2021 01:28:00 | US Bank, P.O. Box 108, St. Louis, Missouri 63166-0108 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | Crescent Mortgage Company |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021              Signature:       /s/Joseph Speetjens

| District/off: 0315-2 | User: dbas | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 213 | Total Noticed: 65 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor Crescent Mortgage Company bnicholas@kmllawgroup.com

Francis E. Corbett
    on behalf of Joint Debtor Marlene A. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com

Francis E. Corbett
    on behalf of Debtor John H. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com

Jeffrey R. Hunt
    on behalf of Creditor TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT jhunt@grblaw.com
    cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7