FILED
9/12/24 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1924599

Related Dkt. No. 55

DEBTOR(S):

JOHN H MURRIO

MARLENE A MURRIO

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $753.01

CREDITOR'S SIGNATURE:

/s/ Helga Ridgeway

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

9/6/2024

So ORDERED this 12th day of September
2024

_____

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY
JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 19-24599-GLT

John H. Murrio                                                                          Chapter 13

Marlene A. Murrio

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                    Page 1 of 2

Date Rcvd: Sep 12, 2024                          Form ID: pdf900                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|---------------------------|-----------|----------------------------|
| 15173269 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:09:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed
below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | on behalf of Creditor Crescent Mortgage Company dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Joint Debtor Marlene A. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Debtor John H. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com


TOTAL: 7