**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/19/2024

IN RE:

| | |
|---|---|
| JOHN H. MURRIO<br>MARLENE A. MURRIO<br>1931 SLEEPY HOLLOW ROAD<br>SOUTH PARK,  PA  15129<br>XXX-XX-7272          Debtor(s)<br><br>XXX-XX-6173 | Case No.19-24599 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/19/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  VALUE CITY/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 5427 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CRESCENT MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CRESCENT MORTGAGE CO**<br>C/O CENLAR FSB<br>ATTN PAYMENT PROCESSING - BANKRUPTCY<br>425 PHILLIPS BLVD<br>EWING, NJ  08618 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:32<br>CLAIM:  0.00<br>COMMENT:  1058.84/CL-PL@CENLAR\*PMT/DECL\*DKT4PMT-LMT\*BGN 12/19 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8912 |
| **HARLEY DAVIDSON CREDIT CORP\***<br>BOX 15129<br>PALATINE, IL  60055-5129 | Trustee Claim Number:5   INT %: 10.00%<br>Court Claim Number:12<br>CLAIM:  17,413.71<br>COMMENT:  $CL-PL@10%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1851 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)\***<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT PROV/PL\*18~CONFIRM TAX TYPE?/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:6-3<br>CLAIM:  14,205.66<br>COMMENT:  CL6-2GOV@$21554.03\*20k/PL\*15-18/SCH\*15,17-19/AMD CL\*18,19=EST | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 7272 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA  17128-0946 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  0.00<br>COMMENT:  16-19/SCH\*CL=$0 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 7272 |
| **BEST BUY CREDIT SERVICES**<br>PO BOX 790441<br>SAINT LOUIS, MO  63179 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4949 |
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~BP/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7466 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 7,985.38<br>COMMENT: CABELAS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8364 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 1,057.55<br>COMMENT: X1502/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8736 |
| **COMCAST**<br>PO BOX 1931<br><br>BURLINGAME, CA 94011 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 119.49<br>COMMENT: X3677/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3226 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 297.97<br>COMMENT: THE BUCKLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4780 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 192.60<br>COMMENT: VENUS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6763 |
| **CREDITECH**<br>POB 99*<br><br>BANGOR, PA 18013 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2815 |
| **DALE COWHER AND COMPANY**<br>250 MT LEBANON RD STE 401<br><br>PITTSBURGH, PA 15234 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:28<br><br>CLAIM: 387.98<br>COMMENT: X0178/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8884 |
| **ERIE INSURANCE GROUP**<br>100 ERIE INSURANCE PLACE<br><br>ERIE, PA 16530 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3230 |
| **ESTATE OF MARY B SMITH**<br>JOANNE VALCO EXECUTRIX<br>750 BEECHLAND ST<br>HOMESTEAD, PA 15120 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 2,707.85<br>COMMENT: NO ACCT~LEASE/SCH F*RENT+COURT FEES*PROP REPO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee / Court Claim | Cred Desc / Account |
|---|---|---|
| **GERY HEATING AND COOLING**<br>1408 WEST LIBERTY AVE<br><br>PITTSBURGH, PA 15226 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 176.50<br>COMMENT: NO PAYMENT EVER*SERVICES 2/21/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8441 |
| **GLOBAL CLIENT SOLUTIONS**<br>4343 S 118TH E AVE STE 220<br><br>TULSA, OK 74146 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7187 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 509.82<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4669 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 1,495.87<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5640 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 158.92<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8286 |
| **MEDI-HELP**<br>1691 WASHINGTON ROAD<br><br>PITTSBURGH, PA 15228 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5371 |
| **MEDI-HELP**<br>1691 WASHINGTON ROAD<br><br>PITTSBURGH, PA 15228 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3456 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br><br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 523.60<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8505 |
| **NATIONAL RECOVERY AGENCY**<br>2491 PAXTON ST<br><br>HARRISBURG, PA 17111 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0027 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:27<br><br>CLAIM: 1,095.98<br>COMMENT: SYNCHRONY*PAYPAL REF 3524567846 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9844 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 9,139.29<br>COMMENT: NAT CITY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1600 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 6,272.17<br>COMMENT: NAT CITY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0456 |
| **ROBERT J GARVIN ESQ**<br>GOLDBERG KAMIN & GARVIN<br>437 GRANT ST STE 1806<br>PITTSBURGH, PA  15219-6101 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 645.51<br>COMMENT: X2570/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9570 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 147.12<br>COMMENT: ZULILY*GEMB*GECRB*COA*DOC 50 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0565 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 512.57<br>COMMENT: QCARD*SYNCHRONY*REF 3524663346 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2941 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br>LAS VEGAS, NV  89193-3024 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 6,167.01<br>COMMENT: X5296/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4185 |
| **US BANK NA****<br>PO BOX 5227<br><br>CINCINNATI, OH  45201-5227 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 2,135.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6228 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA  02062 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#05 2 38<br>736 BROOKLINE BLVD<br>PITTSBURGH, PA  15226 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: SURR/PL*$6,742.95/CL*NO$~REJECTED/SCH G@GM FINANCIAL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2782 |
| **JPMORGAN CHASE BANK**<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: CL10:$11,115.57~W/DRWN@DOC 22*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8099 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 43  INT %: 5.00%<br>Court Claim Number: 6-3<br>CLAIM: 40,266.98<br>COMMENT: CL6-2GOV@40,266.98*$@5%/CL-PL*16/PL*12,14-17/AMD CL*NO SEC/SCH*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7272 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 6-3<br>CLAIM: 1,283.96<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7272 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 45  INT %: 5.00%<br>Court Claim Number: 7<br>CLAIM: 91.39<br>COMMENT: CL7GOV*1082.32@5%/PL*2016/PL*11,16/CL*NO SEC/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7272 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,771.56<br>COMMENT: NO GEN UNS/SCH*15,17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7272 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: NT/SCH*CAP 1*CHRGD OFF 4/10/2002*STALE CL@$753.01 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0094 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,161.89<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5879 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 6,080.62<br>COMMENT: NT/SCH*THD/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7177 |
| **CRESCENT MORTGAGE CO**<br>C/O CENLAR FSB<br>ATTN PAYMENT PROCESSING - BANKRUPTCY<br>425 PHILLIPS BLVD<br>EWING, NJ 08618 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 85.96<br>COMMENT: $/CL-PL@CENLAR*THRU 11/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8912 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 525.06<br>COMMENT: NT/SCH*FIRST NAT BANK OF OMAHA*COA*DOC 53 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9775 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 65.90<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7348 |
| **SOUTH PARK SD & S PARK TWP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 23-3<br>CLAIM: 651.20<br>COMMENT: CL23-1GOV@$1086.80*7272;6173*NT/SCH-PL*AMD~2016-18 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7272 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 33<br>CLAIM: 2,262.20<br>COMMENT: NT/SCH*VALUE CITY*GEMB*GECRB*COA*DOC 49 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5427 |