**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOHN H. MURRIO
MARLENE A. MURRIO

Case No. 19-24599GLT

        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

      Movant
  vs.
GERY HEATING AND COOLING++

Document No __

    Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    MAIL HAS BEEN RETURNED AS UNDELIVERABLE. NO CHANGE OF ADDRESS
    HAS BEEN FILE

GERY HEATING AND COOLING++
1408 WEST LIBERTY AVE
PITTSBURGH, PA 15226

Court claim# 16/Trustee CID# 21

The Movant further certifies that on 12/03/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>JOHN H. MURRIO, MARLENE A. MURRIO, 1931 SLEEPY HOLLOW ROAD, SOUTH PARK, PA  15129 | DEBTOR'S COUNSEL:<br>FRANCIS E CORBETT ESQ, MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219 |
|---|---|
| ORIGINAL CREDITOR:<br>GERY HEATING AND COOLING++, 1408 WEST LIBERTY AVE, PITTSBURGH, PA  15226 | :<br>BILL & KAREN GERY, 146 IRISH RUN RD, TIONESTA, PA  16353 |
| NEW CREDITOR: | |