

KAREN GERY
146 IRISH RUN RD.
TIONESTA, PA 16353

US BANKRUPTCY COURT
5414 US STEEL TOWER
600 GRANT ST
PITTSBURGH, PA 15219

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA



| | | |
|---|---|---|
| In Re: John H. Murrio<br>Marlene A. Murrio | : | Bankruptcy No. 19-24599-GLT |
| Debtor | : | Chapter |
| | : | |
| | : | Document No. ___ |
| Movant  Gery Heating and Cooling, Inc | : | |
| v. | : | |
| Respondent (if none, then "No Respondent") | : | |

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

2025 JAN 16  A 9: 25

## NOTICE OF CHANGE OF ADDRESS
1408 West Liberty Avenue  Pittsburgh, PA  15226

Undeliverable Address:

    Creditor Name:    Gery Heating & Cooling

    Incorrect Address: 1408 West Liberty Avenue, Pittsburgh, PA  15226


Corrected Address:

    Creditor Name:   Bill  & Karen Gery

    Correct Address:  146 Irish Run Road
                               Tionesta, PA  16353


Dated   8/1/2012

                                        Electronic Signature of Debtor(s)' Attorney

                                        Typed Name
                                        Bill  Karen Gery

                                        Address
                                        146 Irish Run Road
                                        Tionesta, PA  16353


                                        Phone No.
                                        412-848-3924

                                        Bar I.D. and State of Admission