**Fill in this information to identify the case:**

**Debtor 1** John H. Murrio

**Debtor 2** (Spouse, if filing) Marlene A. Murrio

United States Bankruptcy Court for the: **Western** District of **Pennsylvania** (State)

Case number **19-24599-GLT**

Form 4100R

# Interim Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of Creditor: Nationstar Mortgage LLC

Court claim no. (if known): 32

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX7290

Property address: 1931 Sleepy Hollow Rd
Number    Street

South Park, PA 15129
City       State       ZIP Code

### Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:    03/01/2025
MM/DD/YYYY

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:                           (a) $        0.00
b. Total fees, charges, expenses, escrow, and costs outstanding   +(b) $        0.00
c. **Total.** Add lines a and b                                    (c) $        0.00

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:                                                  _____
                                                          MM/DD/YYYY

| Debtor 1 | **John H. Murrio** | Case number 19-24599-GLT |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Linda  St. Pierre
Signature

Date: 03/03/2025

Print: Linda  St. Pierre
First Name   Middle Name   Last Name

Title: Authorized Agent for the Creditor

Company: McCalla Raymer Leibert Pierce, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 325 Chestnut Street, Suite 725
Number            Street

Philadelphia, PA 19106
City         State         Zip Code

Contact phone: 860-240-9156

Email: Linda.St.Pierre@mccalla.com

|  |  |
|---|---|
| In Re:  John H. Murrio<br>Marlene A. Murrio | Bankruptcy Case No.:  19-24599-GLT<br>Chapter:  13<br>Judge:  Gregory L. Taddonio |

## CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Interim Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

John H. Murrio
1931 Sleepy Hollow Road
South Park, PA 15129

Marlene A. Murrio
1931 Sleepy Hollow Road
South Park, PA 15129

Francis E. Corbett, Esq.            *(served via ECF Notification)*
Francis E. Corbett
60 Hazel Drive
Pittsburgh, PA 15228

Ronda J. Winnecour, Trustee        *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee    *(served via ECF Notification)*
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  ___03/03/2025___   By:  ___/s/Linda St. Pierre_____
               (date)                  Linda St. Pierre,
                                             Authorized Agent for the Creditor