UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-24599-GLT |
| | : | |
| John J. Murrio | : | |
| Marlene A. Murrio | : | Chapter 13 |
| Debtors | : | |
| | : | |

## NOTICE OF ENTRY OF APPEARANCE AS SUBSTITUTION OF COUNSEL

Kindly enter the appearance of Michael C. Eisen, Esquire, and M. Eisen & Associates, on behalf of the Debtors, John J. Murrio and Marlene A. Murrio, in the above captioned case, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

Date: November 19, 2025

/s/ Michael C. Eisen
Michael C. Eisen, Esquire
PA ID 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
412-367-2202 fax
attorneyeisen@yahoo.com