Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **John H. Murrio** | : | Case No. 19−24599−GLT |
| 46−5367233, 83−3415455 | : | Chapter: 13 |
| **Marlene A. Murrio** | : | |
| **aka Marlene Kessler** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 73 |
| *Movant(s),* | : | |
| | : | Hearing Date: 3/11/26 at 11:00 AM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this *The 29th of December, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 73 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

   (1) **On or before February 12, 2026**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on **March 11, 2026 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John H. Murrio  
Marlene A. Murrio  
    Debtors

Case No. 19-24599-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 29, 2025      Form ID: 604      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Murrio, Marlene A. Murrio, 1931 Sleepy Hollow Road, South Park, PA 15129-9112 |
| cr | + | TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTR, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15163930 | | Big's Sanitation, Inc., 4859 State Route 51 North, Rostraver, Pennsylvania 15012-4407 |
| 15163945 | + | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| 15163935 | + | City and School District of Pittsburgh, Department of Finance, 414 Grant Street, Pittsburgh, Pennsylvania 15219-2409 |
| 15163940 | + | Creditech Collection Solutions, P.O. Box 99, Bangor, Pennsylvania 18013-0099 |
| 15163941 | + | Dale K. Cowher & Company LLC, 250 Mt. Lebanon Blvd., Suite 401, Pittsburgh, Pennsylvania 15234-1249 |
| 15163943 | + | Erie Insurance Co., Brennan & Clark, 721 East Madison St., Ste. 200, Villa Park, Illinois 60181-3083 |
| 15163944 | + | Estate of Mary B. Smith, Joanne Valco, Executrix, 750 Beechland Street, Homestead, Pennsylvania 15120-2902 |
| 15163946 | | Global Client Solutions, LLC, 4500 S. 129th Street, Suite 175, Tulsa, Oklahoma 74134 |
| 15163948 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, Illinois 60055-5129 |
| 15163949 | + | Honorable James A, Motznik, 736 Brookline Blvd., Pittsburgh, Pennsylvania 15226-2178 |
| 15163954 | + | Medi-Help Medical Center, 1691 Washington Road, Pittsburgh, Pennsylvania 15228-1631 |
| 15163960 | + | Robert J. Garvin, Esquire, 1806 Frick Building, 417 Grant Street, Pittsburgh, Pennsylvania 15209-5603 |
| 15190202 | + | The Estate of Mary B. Smith, c/o Joanne Valco, 750 Beechland St., Pittsburgh, PA 15120-2902 |
| 15190584 | + | Township of South Park & South Park SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 30 2025 00:27:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 30 2025 00:27:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181144 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2025 00:27:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282565 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2025 00:27:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15163942 | | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2025 00:28:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, Pennsylvania 15230-0010 |
| 15163931 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:59 | BP/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15163929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:38 | Best Buy Credit Services, P.O. Box 790441, St. Louis, Missouri 63179-0441 |
| 15191387 | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 30 2025 00:27:00 | Bureaus Investment Group Portfolio No 15 LLC, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163933 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 30 2025 00:27:00 | CENLAR, P.O. Box 77404, Ewing, New Jersey 8628 |
| 15174219 | + | Email/Text: documentfiling@lciinc.com | Dec 30 2025 00:26:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15169571 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163932 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:48 | Capital One Bank - Cabela's, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15183985 | | Email/PDF: bncnotices@becket-lee.com | Dec 30 2025 00:28:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15163934 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Chase (P.O. Box 15123, Wilmington, Dela, P.O. Box 15123, Wilmington, Delaware 19850-5123 |
| 15163936 | | Email/Text: documentfiling@lciinc.com | Dec 30 2025 00:26:00 | Comcast, P.O. Box 3002, Southeastern, Pennsylvania 19398-3002 |
| 15163937 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, Texas 78265-9704 |
| 15163938 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265 |
| 15163939 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2025 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15195664 | + | Email/Text: BKelectronicnotices@cenlar.com | Dec 30 2025 00:27:00 | Crescent Mortgage Company, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15163952 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:52 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290-1094 |
| 15163953 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:51 | Macy's American Express Account, P.O. Box 9001108, Louisville, Arizona 40290-1108 |
| 15187140 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15192258 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2025 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15163947 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2025 00:27:00 | GM Financial, P.O. Box 78143, Phoenix, Arizona 85062-8143 |
| 15183039 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 30 2025 00:27:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15163950 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 30 2025 00:27:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 15191388 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181662 | + | Email/Text: RASEBN@raslg.com | Dec 30 2025 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15163951 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, Wisconsin 53201-2983 |
| 15173269 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15173268 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 00:28:33 | MERRICK BANK, Resurgent Capital Services, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 15163955 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 00:28:47 | Merrick Bank, P.O. Box 660702, Dallas, Texas 75266-0702 |
| 16439389 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2025 00:27:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 15163956 | + | Email/Text: Bankruptcies@nragroup.com | Dec 30 2025 00:28:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, Pennsylvania 17111-1036 |
| 15163959 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2025 00:27:00 | PNC Bank, P.O. Box 856177, Louisville, Kentucky 40285 |
| 15189974 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2025 00:27:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15185545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15163957 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, Florida 32896-0080 |
| 15163958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, Pennsylvania 17128-0946 |
| 15190492 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15163961 | | Email/Text: bankruptcy@sccompanies.com | Dec 30 2025 00:28:00 | Seventh Avenue, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 15181718 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2025 00:28:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15165023 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2025 00:28:37 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15163962 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Synchrony Bank - Zuliliy Credit Card, 170 Election Road, Suite 125, Draper, Utah 84020-6425 |
| 15163963 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:47 | Synchrony Bank/QCard, P.O. Box 530905, Atlanta, Georgia 30353-0905 |
| 15194277 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15163964 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target Card Services, P.O. Box 660170, Dallas, Texas 75266-0170 |
| 15470462 | + | Email/Text: ebnjts@grblaw.com | Dec 30 2025 00:27:00 | Twp of South Park and South Park SD, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Ste. 3110, Pittsburgh, PA 15219-1753 |
| 15192307 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 30 2025 00:27:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15163965 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 30 2025 00:27:00 | US Bank, P.O. Box 108, St. Louis, Missouri 63166-0108 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | Crescent Mortgage Company |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 604 | Total Noticed: 67 |

| | | |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | *+ | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15191257 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Crescent Mortgage Company dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor John H. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Joint Debtor Marlene A. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Joint Debtor Marlene A. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Debtor John H. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9