**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN H. MURRIO<br>MARLENE A. MURRIO<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-24599<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/27/2019 and confirmed on 1/31/20 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---:|---:|---:|---:|
| Total Receipts | | | | 177,200.00 |
| Less Refunds to Debtor | | 2,113.07 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 175,086.93 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,810.00 | | |
|   Trustee Fee | | 9,101.00 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 12,911.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CRESCENT MORTGAGE COMPANY<br>    Acct: 7290 | 0.00 | 77,465.29 | 0.00 | 77,465.29 |
|   CRESCENT MORTGAGE COMPANY<br>    Acct: 7290 | 85.96 | 85.96 | 0.00 | 85.96 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 7272 | 40,266.98 | 40,266.98 | 7,600.35 | 47,867.33 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 7272 | 91.39 | 91.39 | 17.83 | 109.22 |
|   HARLEY DAVIDSON CREDIT CORP*<br>    Acct: 1851 | 17,413.71 | 17,413.71 | 4,377.56 | 21,791.27 |
| | | | | 147,319.07 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOHN H. MURRIO<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOHN H. MURRIO<br>    Acct: | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
|   JOHN H. MURRIO<br>    Acct: | 713.07 | 713.07 | 0.00 | 0.00 |
|   FRANCIS E CORBETT ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   FRANCIS E CORBETT ESQ**<br>    Acct: | 3,810.00 | 3,810.00 | 0.00 | 0.00 |
|   CITY & SCHOOL DIST OF PITTSBURGH (R<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 7272 | 14,205.66 | 14,205.66 | 0.00 | 14,205.66 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 7272 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ACAR LEASING LTD D/B/A GM FINANCIAL<br>    Acct: 2782 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SOUTH PARK SD & S PARK TWP (EIT)<br>    Acct: 7272 | 651.20 | 651.20 | 0.00 | 651.20 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | | | | 14,856.86 |
| Unsecured | | | | | |
| | BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4949 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7466 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC/ | 7,985.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 8364 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,057.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 8736 | | | | |
| | COMCAST | 119.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 3226 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 297.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 4780 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 192.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 6763 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2815 | | | | |
| | DALE COWHER AND COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 387.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 8884 | | | | |
| | ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3230 | | | | |
| | ESTATE OF MARY B SMITH | 2,707.85 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BILL & KAREN GERY FORMERLY GERY HE | 176.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 8441 | | | | |
| | GLOBAL CLIENT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7187 | | | | |
| | CAPITAL ONE NA** | 509.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 4669 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,495.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 5640 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 158.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 8286 | | | | |
| | MEDI-HELP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5371 | | | | |
| | MEDI-HELP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3456 | | | | |
| | MERRICK BANK | 523.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 8505 | | | | |
| | NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0027 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,095.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 9844 | | | | |
| | PNC BANK NA | 9,139.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 1600 | | | | |
| | PNC BANK NA | 6,272.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 0456 | | | | |
| | ROBERT J GARVIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SEVENTH AVENUE | 645.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 9570 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 147.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 0565 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC(*) | 512.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 2941 | | | | |
| | TD BANK USA NA** | 6,167.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 4185 | | | | |

19-24599                                                                                                              Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     US BANK NA** | 2,135.39 | 0.00 | 0.00 | 0.00 |
|         Acct: 6228 | | | | |
|     JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8099 | | | | |
|     INTERNAL REVENUE SERVICE* | 1,283.96 | 0.00 | 0.00 | 0.00 |
|         Acct: 7272 | | | | |
|     PA DEPARTMENT OF REVENUE* | 1,771.56 | 0.00 | 0.00 | 0.00 |
|         Acct: 7272 | | | | |
|     LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0094 | | | | |
|     CAPITAL ONE BANK (USA) NA BY AMERIC | 2,161.89 | 0.00 | 0.00 | 0.00 |
|         Acct: 5879 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES LLC | 6,080.62 | 0.00 | 0.00 | 0.00 |
|         Acct: 7177 | | | | |
|     BUREAUS INVESTMENT GROUP PORTFO | 525.06 | 0.00 | 0.00 | 0.00 |
|         Acct: 9775 | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 65.90 | 0.00 | 0.00 | 0.00 |
|         Acct: 7348 | | | | |
|     SYNCHRONY BANK BY AIS INFOSOURCE | 2,262.20 | 0.00 | 0.00 | 0.00 |
|         Acct: 5427 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 5427 | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 162,175.93 |
|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 14,856.86 |
|---|---:|
| SECURED | 57,858.04 |
| UNSECURED | 55,879.76 |

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JOHN H. MURRIO
   MARLENE A. MURRIO
       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:19-24599

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24599-GLT |
| John H. Murrio | Chapter 13 |
| Marlene A. Murrio | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Murrio, Marlene A. Murrio, 1931 Sleepy Hollow Road, South Park, PA 15129-9112 |
| cr | + | TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTR, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15163930 | | Big's Sanitation, Inc., 4859 State Route 51 North, Rostraver, Pennsylvania 15012-4407 |
| 15163945 | + | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| 15163935 | + | City and School District of Pittsburgh, Department of Finance, 414 Grant Street, Pittsburgh, Pennsylvania 15219-2409 |
| 15163940 | + | Creditech Collection Solutions, P.O. Box 99, Bangor, Pennsylvania 18013-0099 |
| 15163941 | + | Dale K. Cowher & Company LLC, 250 Mt. Lebanon Blvd., Suite 401, Pittsburgh, Pennsylvania 15234-1249 |
| 15163943 | + | Erie Insurance Co., Brennan & Clark, 721 East Madison St., Ste. 200, Villa Park, Illinois 60181-3083 |
| 15163944 | + | Estate of Mary B. Smith, Joanne Valco, Executrix, 750 Beechland Street, Homestead, Pennsylvania 15120-2902 |
| 15163946 | | Global Client Solutions, LLC, 4500 S. 129th Street, Suite 175, Tulsa, Oklahoma 74134 |
| 15163948 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, Illinois 60055-5129 |
| 15163949 | + | Honorable James A, Motznik, 736 Brookline Blvd., Pittsburgh, Pennsylvania 15226-2178 |
| 15163954 | + | Medi-Help Medical Center, 1691 Washington Road, Pittsburgh, Pennsylvania 15228-1631 |
| 15163960 | + | Robert J. Garvin, Esquire, 1806 Frick Building, 417 Grant Street, Pittsburgh, Pennsylvania 15209-5603 |
| 15190202 | + | The Estate of Mary B. Smith, c/o Joanne Valco, 750 Beechland St., Pittsburgh, PA 15120-2902 |
| 15190584 | + | Township of South Park & South Park SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 30 2025 00:27:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 30 2025 00:27:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181144 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2025 00:27:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282565 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2025 00:27:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15163942 | | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2025 00:28:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, Pennsylvania 15230-0010 |
| 15163931 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:59 | BP/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15163929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:51 | Best Buy Credit Services, P.O. Box 790441, St. Louis, Missouri 63179-0441 |
| 15191387 | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 30 2025 00:27:00 | Bureaus Investment Group Portfolio No 15 LLC, |

Case 19-24599-GLT   Doc 79   Filed 12/31/25   Entered 01/01/26 00:35:23   Desc Imaged
                              Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163933 | Email/Text: BKelectronicnotices@cenlar.com | Dec 30 2025 00:27:00 | CENLAR, P.O. Box 77404, Ewing, New Jersey 8628 |
| 15174219 + | Email/Text: documentfiling@lciinc.com | Dec 30 2025 00:26:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15169571 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163932 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Capital One Bank - Cabela's, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15183985 | Email/PDF: bncnotices@becket-lee.com | Dec 30 2025 00:28:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15163934 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Chase (P.O. Box 15123, Wilmington, Dela, P.O. Box 15123, Wilmington, Delaware 19850-5123 |
| 15163936 | Email/Text: documentfiling@lciinc.com | Dec 30 2025 00:27:00 | Comcast, P.O. Box 3002, Southeastern, Pennsylvania 19398-3002 |
| 15163937 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, Texas 78265-9704 |
| 15163938 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265 |
| 15163939 + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2025 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15195664 + | Email/Text: BKelectronicnotices@cenlar.com | Dec 30 2025 00:27:00 | Crescent Mortgage Company, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15163952 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:51 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290-1094 |
| 15163953 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:51 | Macy's American Express Account, P.O. Box 9001108, Louisville, Arizona 40290-1108 |
| 15187140 | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15192258 + | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2025 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15163947 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2025 00:27:00 | GM Financial, P.O. Box 78143, Phoenix, Arizona 85062-8143 |
| 15183039 + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 30 2025 00:27:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15163950 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 30 2025 00:27:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 15191388 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181662 + | Email/Text: RASEBN@raslg.com | Dec 30 2025 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15163951 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:35 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, Wisconsin 53201-2983 |
| 15173269 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15173268 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 00:28:47 | MERRICK BANK, Resurgent Capital Services, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 15163955 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 00:28:47 | Merrick Bank, P.O. Box 660702, Dallas, Texas 75266-0702 |
| 16439389 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2025 00:27:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 15163956 | + | Email/Text: Bankruptcies@nragroup.com | Dec 30 2025 00:28:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, Pennsylvania 17111-1036 |
| 15163959 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2025 00:27:00 | PNC Bank, P.O. Box 856177, Louisville, Kentucky 40285 |
| 15189974 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2025 00:27:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15185545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15163957 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, Florida 32896-0080 |
| 15163958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, Pennsylvania 17128-0946 |
| 15190492 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15163961 | | Email/Text: bankruptcy@sccompanies.com | Dec 30 2025 00:28:00 | Seventh Avenue, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 15181718 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2025 00:28:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15165023 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2025 00:28:37 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15163962 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Synchrony Bank - Zuliliy Credit Card, 170 Election Road, Suite 125, Draper, Utah 84020-6425 |
| 15163963 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:47 | Synchrony Bank/QCard, P.O. Box 530905, Atlanta, Georgia 30353-0905 |
| 15194277 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15163964 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target Card Services, P.O. Box 660170, Dallas, Texas 75266-0170 |
| 15470462 | + | Email/Text: ebnjts@grblaw.com | Dec 30 2025 00:27:00 | Twp of South Park and South Park SD, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Ste. 3110, Pittsburgh, PA 15219-1753 |
| 15192307 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 30 2025 00:27:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15163965 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 30 2025 00:27:00 | US Bank, P.O. Box 108, St. Louis, Missouri 63166-0108 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | Crescent Mortgage Company |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| | | |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | *+ | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15191257 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Crescent Mortgage Company dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor John H. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Joint Debtor Marlene A. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Joint Debtor Marlene A. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Debtor John H. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9