<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | John H. Murrio | Social Security number or ITIN   xxx–xx–7272 |
| | First Name   Middle Name   Last Name | EIN   46–5367233, 83–3415455 |
| Debtor 2 (Spouse, if filing) | Marlene A. Murrio | Social Security number or ITIN   xxx–xx–6173 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–24599–GLT

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John H. Murrio

Marlene A. Murrio
aka Marlene Kessler

2/17/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                 **Chapter 13 Discharge**                 page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 19-24599-GLT

John H. Murrio                                                                      Chapter 13

Marlene A. Murrio

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: auto                                                    Page 1 of 4

Date Rcvd: Feb 17, 2026                       Form ID: 3180W                                         Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Murrio, Marlene A. Murrio, 1931 Sleepy Hollow Road, South Park, PA 15129-9112 |
| cr | + | TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTR, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15163930 | | Big's Sanitation, Inc., 4859 State Route 51 North, Rostraver, Pennsylvania 15012-4407 |
| 15163945 | + | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| 15163935 | + | City and School District of Pittsburgh, Department of Finance, 414 Grant Street, Pittsburgh, Pennsylvania 15219-2409 |
| 15163940 | + | Creditech Collection Solutions, P.O. Box 99, Bangor, Pennsylvania 18013-0099 |
| 15163941 | + | Dale K. Cowher & Company LLC, 250 Mt. Lebanon Blvd., Suite 401, Pittsburgh, Pennsylvania 15234-1249 |
| 15163943 | + | Erie Insurance Co., Brennan & Clark, 721 East Madison St., Ste. 200, Villa Park, Illinois 60181-3083 |
| 15163944 | + | Estate of Mary B. Smith, Joanne Valco, Executrix, 750 Beechland Street, Homestead, Pennsylvania 15120-2902 |
| 15163946 | | Global Client Solutions, LLC, 4500 S. 129th Street, Suite 175, Tulsa, Oklahoma 74134 |
| 15163948 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, Illinois 60055-5129 |
| 15163949 | + | Honorable James A, Motznik, 736 Brookline Blvd., Pittsburgh, Pennsylvania 15226-2178 |
| 15163954 | + | Medi-Help Medical Center, 1691 Washington Road, Pittsburgh, Pennsylvania 15228-1631 |
| 15163960 | + | Robert J. Garvin, Esquire, 1806 Frick Building, 417 Grant Street, Pittsburgh, Pennsylvania 15209-5603 |
| 15190202 | + | The Estate of Mary B. Smith, c/o Joanne Valco, 750 Beechland St., Pittsburgh, PA 15120-2902 |
| 15190584 | + | Township of South Park & South Park SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 18 2026 08:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 18 2026 08:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3GTBI | Feb 18 2026 08:57:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 18 2026 03:58:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | EDI: PRA.COM | Feb 18 2026 08:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181144 | + | EDI: PHINAMERI.COM | Feb 18 2026 08:57:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282565 | + | EDI: PHINAMERI.COM | Feb 18 2026 08:57:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15163942 | | Email/Text: kburkley@bernsteinlaw.com | Feb 18 2026 03:58:00 | Duquesne Light, Payment Processing Center, P.O. |

District/off: 0315-2      User: auto      Page 2 of 4

Date Rcvd: Feb 17, 2026      Form ID: 3180W      Total Noticed: 69

| Account | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Box 10, Pittsburgh, Pennsylvania 15230-0010 |
| 15163931 | + EDI: SYNC | Feb 18 2026 08:57:00 | BP/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15163929 | + EDI: CITICORP | Feb 18 2026 08:57:00 | Best Buy Credit Services, P.O. Box 790441, St. Louis, Missouri 63179-0441 |
| 15191387 | EDI: Q3GTBI | Feb 18 2026 08:57:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163933 | Email/Text: BKelectronicnotices@cenlar.com | Feb 18 2026 03:58:00 | CENLAR, P.O. Box 77404, Ewing, New Jersey 8628 |
| 15174219 | + EDI: COMCASTCBLCENT | Feb 18 2026 08:57:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15169571 | EDI: CAPITALONE.COM | Feb 18 2026 08:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163932 | EDI: CAPITALONE.COM | Feb 18 2026 08:57:00 | Capital One Bank - Cabela's, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15183985 | Email/PDF: bncnotices@becket-lee.com | Feb 18 2026 04:03:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15163934 | EDI: JPMORGANCHASE | Feb 18 2026 08:57:00 | Chase (P.O. Box 15123, Wilmington, Dela, P.O. Box 15123, Wilmington, Delaware 19850-5123 |
| 15163936 | EDI: COMCASTCBLCENT | Feb 18 2026 08:57:00 | Comcast, P.O. Box 3002, Southeastern, Pennsylvania 19398-3002 |
| 15163937 | EDI: WFNNB.COM | Feb 18 2026 08:57:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, Texas 78265-9704 |
| 15163938 | EDI: WFNNB.COM | Feb 18 2026 08:57:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265 |
| 15163939 | + EDI: CCS.COM | Feb 18 2026 08:57:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15195664 | + Email/Text: BKelectronicnotices@cenlar.com | Feb 18 2026 03:58:00 | Crescent Mortgage Company, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15163952 | EDI: CITICORP | Feb 18 2026 08:57:00 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290-1094 |
| 15163953 | EDI: CITICORP | Feb 18 2026 08:57:00 | Macy's American Express Account, P.O. Box 9001108, Louisville, Arizona 40290-1108 |
| 15187140 | EDI: Q3G.COM | Feb 18 2026 08:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15192258 | + Email/Text: kburkley@bernsteinlaw.com | Feb 18 2026 03:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15163947 | EDI: PHINAMERI.COM | Feb 18 2026 08:57:00 | GM Financial, P.O. Box 78143, Phoenix, Arizona 85062-8143 |
| 15183039 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 18 2026 03:58:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15163950 | EDI: IRS.COM | Feb 18 2026 08:57:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 15191388 | EDI: JEFFERSONCAP.COM | Feb 18 2026 08:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181662 | + Email/Text: RASEBN@raslg.com | Feb 18 2026 03:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

District/off: 0315-2                                    User: auto                                    Page 3 of 4

Date Rcvd: Feb 17, 2026                           Form ID: 3180W                           Total Noticed: 69

| | | | |
|---|---|---|---|
| | | | Raton, FL 33487-2853 |
| 15163951 | + EDI: CAPITALONE.COM | Feb 18 2026 08:57:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, Wisconsin 53201-2983 |
| 15173269 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2026 04:03:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15173268 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2026 04:03:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15163955 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2026 04:04:05 | Merrick Bank, P.O. Box 660702, Dallas , Texas 75266-0702 |
| 16439389 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 18 2026 03:58:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 15163956 | + Email/Text: Bankruptcies@nragroup.com | Feb 18 2026 03:58:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, Pennsylvania 17111-1036 |
| 15163959 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2026 03:58:00 | PNC Bank, P.O. Box 856177, Louisville, Kentucky 40285 |
| 15189974 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2026 03:58:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15185545 | EDI: PRA.COM | Feb 18 2026 08:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15163957 | EDI: SYNC | Feb 18 2026 08:57:00 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, Florida 32896-0080 |
| 15163958 | + EDI: PENNDEPTREV | Feb 18 2026 08:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, Pennsylvania 17128-0946 |
| 15190492 | EDI: Q3G.COM | Feb 18 2026 08:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15163961 | EDI: CBS7AVE | Feb 18 2026 08:57:00 | Seventh Avenue, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 15181718 | + EDI: CBS7AVE | Feb 18 2026 08:57:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15165023 | + EDI: AIS.COM | Feb 18 2026 08:57:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15163962 | + EDI: SYNC | Feb 18 2026 08:57:00 | Synchrony Bank - Zuliliy Credit Card, 170 Election Road, Suite 125, Draper, Utah 84020-6425 |
| 15163963 | EDI: SYNC | Feb 18 2026 08:57:00 | Synchrony Bank/QCard, P.O. Box 530905, Atlanta, Georgia 30353-0905 |
| 15194277 | + Email/Text: bncmail@w-legal.com | Feb 18 2026 03:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15163964 | + EDI: WTRRNBANK.COM | Feb 18 2026 08:57:00 | Target Card Services, P.O. Box 660170, Dallas, Texas 75266-0170 |
| 15470462 | + Email/Text: ebnjts@grblaw.com | Feb 18 2026 03:58:00 | Twp of South Park and South Park SD, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Ste. 3110, Pittsburgh, PA 15219-1753 |
| 15192307 | EDI: USBANKARS.COM | Feb 18 2026 08:57:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15163965 | EDI: USBANKARS.COM | Feb 18 2026 08:57:00 | US Bank, P.O. Box 108, St. Louis , Missouri 63166-0108 |

TOTAL: 53

District/off: 0315-2                                           User: auto                                              Page 4 of 4
Date Rcvd: Feb 17, 2026                                    Form ID: 3180W                                   Total Noticed: 69

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | Crescent Mortgage Company |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15191257 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Crescent Mortgage Company dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor John H. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Joint Debtor Marlene A. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Michael C. Eisen | on behalf of Joint Debtor Marlene A. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Debtor John H. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9