FILED
2/17/26 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN H. MURRIO
MARLENE A. MURRIO
     Debtor(s)

Ronda J. Winnecour
     Movant
    vs.
No Repondents.

Case No.:19-24599

Chapter 13

Related to Docket No. 73

### ORDER OF COURT

AND NOW, this _____ 17th Day of February, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:

John H. Murrio

Marlene A. Murrio

     Debtors

Case No. 19-24599-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Murrio, Marlene A. Murrio, 1931 Sleepy Hollow Road, South Park, PA 15129-9112 |
| cr | + | TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTR, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15163930 | | Big's Sanitation, Inc., 4859 State Route 51 North, Rostraver, Pennsylvania 15012-4407 |
| 15163945 | + | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| 15163935 | + | City and School District of Pittsburgh, Department of Finance, 414 Grant Street, Pittsburgh, Pennsylvania 15219-2409 |
| 15163940 | + | Creditech Collection Solutions, P.O. Box 99, Bangor, Pennsylvania 18013-0099 |
| 15163941 | + | Dale K. Cowher & Company LLC, 250 Mt. Lebanon Blvd., Suite 401, Pittsburgh, Pennsylvania 15234-1249 |
| 15163943 | + | Erie Insurance Co., Brennan & Clark, 721 East Madison St., Ste. 200, Villa Park, Illinois 60181-3083 |
| 15163944 | + | Estate of Mary B. Smith, Joanne Valco, Executrix, 750 Beechland Street, Homestead, Pennsylvania 15120-2902 |
| 15163946 | | Global Client Solutions, LLC, 4500 S. 129th Street, Suite 175, Tulsa, Oklahoma 74134 |
| 15163948 | | Harley-Davidson Credit Corp., Dept. 15129, Palantine, Illinois 60055-5129 |
| 15163949 | + | Honorable James A, Motznik, 736 Brookline Blvd., Pittsburgh, Pennsylvania 15226-2178 |
| 15163954 | + | Medi-Help Medical Center, 1691 Washington Road, Pittsburgh, Pennsylvania 15228-1631 |
| 15163960 | + | Robert J. Garvin, Esquire, 1806 Frick Building, 417 Grant Street, Pittsburgh, Pennsylvania 15209-5603 |
| 15190202 | + | The Estate of Mary B. Smith, c/o Joanne Valco, 750 Beechland St., Pittsburgh, PA 15120-2902 |
| 15190584 | + | Township of South Park & South Park SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 18 2026 03:58:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 18 2026 03:58:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2026 04:03:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181144 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2026 03:58:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282565 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2026 03:58:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15163942 | | Email/Text: kburkley@bernsteinlaw.com | Feb 18 2026 03:58:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, Pennsylvania 15230-0010 |
| 15163931 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 18 2026 04:03:54 | BP/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15163929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2026 04:14:17 | Best Buy Credit Services, P.O. Box 790441, St. Louis, Missouri 63179-0441 |
| 15191387 | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 18 2026 03:58:00 | Bureaus Investment Group Portfolio No 15 LLC, |

| | | | |
|---|---|---|---|
| | | | c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163933 | Email/Text: BKelectronicnotices@cenlar.com | Feb 18 2026 03:58:00 | CENLAR, P.O. Box 77404, Ewing, New Jersey 8628 |
| 15174219 | + Email/Text: documentfiling@lciinc.com | Feb 18 2026 03:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15169571 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2026 04:03:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163932 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2026 04:03:55 | Capital One Bank - Cabela's, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15183985 | Email/PDF: bncnotices@becket-lee.com | Feb 18 2026 04:03:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15163934 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 18 2026 04:03:45 | Chase (P.O. Box 15123, Wilmington, Dela, P.O. Box 15123, Wilmington, Delaware 19850-5123 |
| 15163936 | Email/Text: documentfiling@lciinc.com | Feb 18 2026 03:58:00 | Comcast, P.O. Box 3002, Southeastern, Pennsylvania 19398-3002 |
| 15163937 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2026 03:58:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, Texas 78265-9704 |
| 15163938 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2026 03:58:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265 |
| 15163939 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 18 2026 03:58:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15195664 | + Email/Text: BKelectronicnotices@cenlar.com | Feb 18 2026 03:58:00 | Crescent Mortgage Company, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15163952 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2026 04:14:15 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290-1094 |
| 15163953 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2026 04:14:17 | Macy's American Express Account, P.O. Box 9001108, Louisville, Arizona 40290-1108 |
| 15187140 | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2026 03:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15192258 | + Email/Text: kburkley@bernsteinlaw.com | Feb 18 2026 03:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15163947 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2026 03:58:00 | GM Financial, P.O. Box 78143, Phoenix, Arizona 85062-8143 |
| 15183039 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 18 2026 03:58:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15163950 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2026 03:58:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 15191388 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2026 03:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181662 | + Email/Text: RASEBN@raslg.com | Feb 18 2026 03:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15163951 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2026 04:03:55 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, Wisconsin 53201-2983 |
| 15173269 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2026 04:03:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15173268 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2026 04:04:04 | MERRICK BANK, Resurgent Capital Services, |

|  |  |  | PO Box 10368, Greenville, SC 29603-0368 |
|---|---|---|---|
| 15163955 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2026 04:03:46 | Merrick Bank, P.O. Box 660702, Dallas , Texas 75266-0702 |
| 16439389 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 18 2026 03:58:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 15163956 | + Email/Text: Bankruptcies@nragroup.com | Feb 18 2026 03:58:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, Pennsylvania 17111-1036 |
| 15163959 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2026 03:58:00 | PNC Bank, P.O. Box 856177, Louisville, Kentucky 40285 |
| 15189974 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2026 03:58:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15185545 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2026 04:03:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15163957 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 18 2026 04:03:55 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, Florida 32896-0080 |
| 15163958 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2026 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, Pennsylvania 17128-0946 |
| 15190492 | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2026 03:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15163961 | Email/Text: bankruptcy@sccompanies.com | Feb 18 2026 03:58:00 | Seventh Avenue, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 15181718 | + Email/Text: bankruptcy@sccompanies.com | Feb 18 2026 03:58:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15165023 | + Email/PDF: ebn_ais@aisinfo.com | Feb 18 2026 04:04:05 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15163962 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 18 2026 04:03:45 | Synchrony Bank - Zuliliy Credit Card, 170 Election Road, Suite 125, Draper, Utah 84020-6425 |
| 15163963 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 18 2026 04:04:04 | Synchrony Bank/QCard, P.O. Box 530905, Atlanta, Georgia 30353-0905 |
| 15194277 | + Email/Text: bncmail@w-legal.com | Feb 18 2026 03:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15163964 | + Email/Text: bncmail@w-legal.com | Feb 18 2026 03:58:00 | Target Card Services, P.O. Box 660170, Dallas, Texas 75266-0170 |
| 15470462 | + Email/Text: ebnjts@grblaw.com | Feb 18 2026 03:58:00 | Twp of South Park and South Park SD, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Ste. 3110, Pittsburgh, PA 15219-1753 |
| 15192307 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 18 2026 03:58:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15163965 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 18 2026 03:58:00 | US Bank, P.O. Box 108, St. Louis , Missouri 63166-0108 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | ACAR Leasing LTD dba GM Financial Leasing |
| cr |  | Crescent Mortgage Company |

District/off: 0315-2　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　Page 4 of 4

Date Rcvd: Feb 17, 2026　　　　　　　　　　Form ID: pdf900　　　　　　　　　　Total Noticed: 67

| | | |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | *+ | Bill & Karen Gery, 146 Irish Run Road, Tionesta, PA 16353-6326 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15191257 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026　　　　　　　　　Signature:　　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Crescent Mortgage Company dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor John H. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Joint Debtor Marlene A. Murrio fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Michael C. Eisen | on behalf of Joint Debtor Marlene A. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Debtor John H. Murrio attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9